**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7258**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MUSTAFA MUHAMMAD,

Defendant - Appellant.

**No. 17-7430**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MUSTAFA MUHAMMAD,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:14-cr-00055-REP-DJN-1)

Submitted:  December 21, 2017                    Decided:  December 28, 2017

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mustafa Muhammad, Appellant Pro Se. Heather Hart Mansfield, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In No. 17-7258, Mustafa Muhammad appeals the denial of his motion for recusal, and in No. 17-7430, he appeals the denial of his Fed. R. Crim. P. 33 motion for new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Muhammad*, No. 3:14-cr-00055-REP-DJN-1 (E.D. Va. Sept. 12, 2017; Oct. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*